# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 27, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135386(18)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                  SC: 135386
                                  COA: 280683

WALTER WILLIAM WORDELL,
      Defendant-Appellant.
                                  St. Joseph CC: 06-013335-FC

_____/

      On order of the Court, the motion for reconsideration of this Court's March 26, 2008 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously. The denial of the defendant's motion is without prejudice to the defendant's right to file a motion for relief from judgment pursuant to MCR Subchapter 6.500, raising the issues identified in the defendant's application for leave to appeal.

      KELLY, J., would grant reconsideration and, on reconsideration, would remand this case to the Court of Appeals to decide whether to grant, deny, or order other relief, in accordance with MCR 7.205(D)(2).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 27, 2008

d0519

_____
Clerk